IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT RAY TALTON <br> (TDCJ No. 1891182), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:13-cv-4571-N-BN |
| ELLIS COUNTY SHERIFF'S OFFICE, ET AL., | § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States magistrate judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States magistrate judge.

Accordingly, this action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

SIGNED this 2nd day of July, 2014.

*/s/ David C. Godbey*
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE